UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

**United States of America**

    v.                          Case No. 09-cr-112-03-PB

**Michael Roux, et al.**


**O R D E R**

Elvin Ealy has filed a motion to sever his trial from the trial of his co-defendants.

The sole charge against Ealy is distinct claim that can easily be tried separately without undue burden.  Ealy is not alleged to be a member of the conspiracy that will be the focus of the trial of his co-defendants.  There is a real danger of prejudicial spillover because the vast bulk of the evidence will only be admissible against the co-defendants.

The motion to sever (Doc. No. 59) is granted.

SO ORDERED.

                                              /s/Paul Barbadoro
                                              Paul Barbadoro
                                              United States District Judge

November 30, 2009

cc:   Mark Howard, Esq.
       Theodore Lothstein, Esq.
       Stanley Norkunas, Esq.

Patrick Shanley, Esq.
Kevin Sharkey, Esq.
Michael Shklar Esq.
Tony Soltani, Esq.
Michael Zaino, AUSA